**No. P69/36.**—Robert Bosch Corp. *v.* United States, p r o t e s t 67/12193 (B) (New York).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of spark plugs sim-

ilar in all material respects to those the subject of *Lodge Spark Plug Co. v. United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.